**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | |
| v. ) | No. CR 07-0215-PHX-JAT |
| Frank Alexander Berry, ) | **ORDER OF DETENTION** |
| Defendant. ) | |

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing was submitted on April 25, 2007. I find that the information submitted at the hearing establishes by a preponderance of the evidence that the defendant is in other custody and is not eligible for release at this time. Defendant shall have leave to request that the matter of detention be reopened when he becomes eligible for release from his present custody.

IT IS ORDERED that the defendant be detained pending further proceedings. The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

IT IS FURTHER ORDERED that should an appeal of this detention order be filed with the district court, it is counsel's responsibility to deliver a copy of the motion for review/reconsideration to Pretrial Services at least one day prior to the hearing set before the district court.

IT IS FURTHER ORDERED that if a release to a third party is to be considered, it is counsel's responsibility to notify Pretrial Services sufficiently in advance of the hearing before the district court to allow Pretrial Services an opportunity to interview and investigate the potential third party custodian.

DATED this 25th day of April, 2007.

David K. Duncan
United States Magistrate Judge